UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal No.: 12-CR-10155- |
| ) | |
| v. ) | VIOLATIONS: |
| ) | |
| MICHAEL GEMMA, ) | 18 U.S.C. §1591(a) -Sex Trafficking of Children |
| Defendant. ) | or by Force, Fraud, or Coercion |
| ) | |
| ) | 18 U.S.C. §2423(a) - Transportation of Minor |
| ) | to Engage in Prostitution |
| ) | |
| ) | 18 U.S.C. §§1594 & 2428 – Criminal Forfeiture |
| ) | Allegation |

## INDICTMENT

**COUNT ONE**:    (18 U.S.C. §1591(a) –  Sex Trafficking of Children)

The Grand Jury charges that:

From in or around September 15-30, 2011, in the Districts of Massachusetts and New Jersey, and elsewhere,

**MICHAEL GEMMA,**

defendant herein, knowingly, in and affecting interstate commerce, recruited, enticed, harbored, transported, provided, maintained and obtained by any means a minor under the age of 18 years, namely Minor A, and benefitted financially from said venture, 1) knowing, or in reckless disregard of the fact, that means of force, threats of force, fraud and coercion, and any combination of such means, would be used to cause Minor A to engage in a commercial sex act; and 2) knowing that Minor A had not attained the age of 18 years and would be caused to engage in a commercial sex act, and aided and abetted such conduct.

All in violation of 18 U.S.C. §§1591(a) and 2.

**COUNT TWO**:        (18 U.S.C. §2423(a) –  Transporting Minor to Engage in Prostitution)

The Grand Jury further charges that:

From in or around September 28-30, 2011, in the Districts of Massachusetts and New Jersey, and elsewhere,

**MICHAEL GEMMA,**

defendant herein, knowingly transported Minor A, who had not attained the age of 18 years, in interstate commerce from Massachusetts to New York and New Jersey, with intent that Minor A engage in prostitution and in sexual activity for which any person can be charged with a criminal offense, and aided and abetted such conduct.

All in violation of 18 U.S.C. §§2423(a) and 2.

## FORFEITURE ALLEGATION
## (18 U.S.C. §§1594 and 2428)

The Grand Jury further charges that:

1.	Upon conviction of the offense in violation of 18 U.S.C. §1591, set forth in Count One of this indictment, **MICHAEL GEMMA**, the defendant herein, shall forfeit to the United States all interest in any property, real or personal, that was used or intended to be used to commit or facilitate the commission of the violation; and any property, real or personal, that constitutes or was derived from any proceeds obtained, directly or indirectly, as a result of the violation, pursuant to 18 U.S.C. §1594.

2.	Upon conviction of the offense in violation of 18 U.S.C. §2423, set forth in Count Two of this indictment, **MICHAEL GEMMA**, defendant herein, shall forfeit to the United States all interest in any property, real or personal, that was used or intended to be used to commit or facilitate the commission of the violation; and any property, real or personal, that constitutes or was derived from any proceeds obtained, directly or indirectly, as a result of the violation, pursuant to 18 U.S.C. §2428.

3.	If any of the property described in Paragraph 2 or 3 above, as a result of any act or omission of a defendant,

    (a)	cannot be located upon the exercise of due diligence;

    (b)	has been transferred or sold to, or deposited with, a third party;

    (c)	has been placed beyond the jurisdiction of the Court;

    (d)	has been substantially diminished in value; or

    (e)	has been commingled with other property which cannot be subdivided without difficulty;

the Court shall order, pursuant to 18 U.S.C. §§1594 and 2428, and 21 U.S.C. §853(p), incorporated by reference in 28 U.S.C. §2461(c), the forfeiture of any other property of the defendant's up to the value of the property described above.

All in accordance with Federal Rule of Criminal Procedure 32.2 and 18 U.S.C. §§1594 and 2428.

A TRUE BILL,

_____
FOREPERSON OF THE GRAND JURY


_____
LEAH B. FOLEY
Assistant United States Attorney


DISTRICT OF MASSACHUSETTS             May 17, 2012

Returned into the District Court by the Grand Jurors and filed.


_____
Deputy Clerk

10:25A