AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
|  | ) | Case No. 12CR-10155- |
| MICHAEL GEMMA | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   MICHAEL GEMMA                                                                      ,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Sex Trafficking of Children or by Force, Fraud, or Coercion in violation of 18 U.S.C. §1591

Transportation of Minor to Engage in Prostitution in violation of 18 U.S.C. §2423(a)

Date:   5/17/12

                                                                *Issuing officer's signature*
                                                                Timothy S. Hillman, USMJ
City and state:   BOSTON, MASSACHUSETTS                         *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____                                    _____ *Arresting officer's signature*  _____ *Printed name and title* |