AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

**SEALED**

RECEIVED
U.S. MARSHALS SERVICE
BOSTON, MA.

2012 MAY 17  A 11: 36

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 12 CR-10155-GAO |
| MICHAEL GEMMA | ) | (BoaL) |
| Defendant | ) | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
(name of person to be arrested)   MICHAEL GEMMA
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Sex Trafficking of Children or by Force, Fraud, or Coercion in violation of 18 U.S.C. §1591

Transportation of Minor to Engage in Prostitution in violation of 18 U.S.C. §2423(a)

Date: 5/17/12

City and state: BOSTON, MASSACHUSETTS

_[signature]_  Timothy _[illegible]_, USMJ
Printed name and title

### Return

This warrant was received on (date) _____, and the person was arrested on (date) _____
at (city and state) _____

Date: _____

WARRANT EXECUTED BY FBI
BY ARREST _[illegible]_ OF THE
DEFENDANT ON 5/17/2010
_____
Arresting officer's signature

_____
Printed name and title