# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 12-10155-GAO |
| | ) | |
| MICHAEL GEMMA, | ) | |
| Defendant | ) | |

## GOVERNMENT'S EXHIBIT LIST

The United States of America hereby submits this list of exhibits it intends to introduce at trial during the government's case-in-chief. The government reserves the right to amend or supplement this list.

| Ex. No. | Description |
|---|---|
| 1 | Florida driver's license for Michael Gemma |
| 2 | Avis Rental Car agreement and jacket provided by Michael Gemma to Massachusetts State Trooper Dylan Morris |
| 3 | CJISWeb Printout for Michael Gemma |
| 4 | Commonwealth of Massachusetts Citation to Michael Gemma |
| 5 | Written Statement of A.L. |
| 6 | Internet advertisements located by Massachusetts State Trooper Dylan Morris |
| 7 | Comfort Suites at Woodbridge Receipt |
| 8 | Avis Rental Car records for Michael Gemma |
| 9 | Avis e-Toll receipt |
| 10 | Netspend records for Michael Gemma |
| 11 | Days Inn records of reservations for Michael Gemma |
| 12 | Backpage.com records |
| 13 | Motel 6 records of reservations for Michael Gemma |
| 14 | Comcast ISP records |
| 15 | AT&T ISP records |
| 16 | Shrewsbury Electric and Cable IP records |
| 17 | Speakeasy/Megapath IP records |
| 18 | Neustar IP records |
| 19 | Examination Report for phone number 857-258-2477 |
| 20 | Extraction Report for phone number 857-258-2477 |
| 21 | Advice of Rights form signed by Michael Gemma |
| 22 | Red Roof Inn records |
| 23 | Linden Motor Inn record |

| 24 | Sprint subscriber information for phone number 617-756-0171 |
| 25 | Sprint toll records for phone number 617-756-0171 |

        Respectfully submitted,

        CARMEN M. ORTIZ
        United States Attorney

By:   /s/ Miranda Hooker
        Leah Foley
        Miranda Hooker
        Assistant U.S. Attorney
        U. S. Attorney's Office
        John Joseph Moakley
        United States Courthouse
        1 Courthouse Way, Suite 9200
        Boston, MA   02210
        (617) 748-3510
        (617) 748-3675 (f)
        Miranda.Hooker@usdoj.gov

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

        /s/ Miranda Hooker
        Miranda Hooker
        Assistant United States Attorney

DATE: May 5, 2014