UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL ACTION NO. 12-10155-GAO

UNITED STATES OF AMERICA

v.

MICHAEL GEMMA,
Defendant.

VERDICT

O'TOOLE, D.J.

**Count 1**

Alternative A

As to Alternative A under COUNT 1 of the Indictment, charging the defendant, Michael Gemma, with sex trafficking of A.L. by means of force, threats of force, fraud, coercion or any combination of such means in violation of Title 18, United States Code, Section 1591(a), we, the jury, find the defendant, Michael Gemma:

_____ NOT GUILTY       \_\_√\_\_ GUILTY

Alternative B

As to Alternative B under Count 1 of the Indictment, charging the defendant, Michael Gemma, with sex trafficking A.L., knowing, or with reckless disregard of the fact that A.L. had not attained the age of 18 years in violation of Title 18, United States Code, Section 1591(a), we, the jury, find the defendant, Michael Gemma:

_____ NOT GUILTY          __✓__ GUILTY

Count 2

As to COUNT 2 of the Indictment, charging the defendant, Michael Gemma, with transporting A.L., a minor, to engage in prostitution in violation of Title 18, United States Code, Section 2423(a), we, the jury, find the defendant, Michael Gemma:

_____ NOT GUILTY          __✓__ GUILTY

The foregoing represents the unanimous decision of the jury.

5/20/14
DATE

Daryl A. Curlley (signature)
FOREMAN

2